# EXHIBIT A

## Call Log of Unsolicited Automated and Prerecorded Telemarketing Calls (At Least 50 Calls)

| Date | Time | Number | Notes |
|---|---|---|---|
| 12/26/25 | 12:28 PM | 943-274-7565 | Prerecorded voicemail from Ethan Cole identifying the call as from a tax resolution oversight department, asserting unresolved tax issues and promoting IRS liability reduction; instructed Plaintiff to call back to speak with a tax resolution officer. |
| 12/24/25 | 9:53 AM | 844-785-3254 | Prerecorded voicemail repeating the same tax-resolution script and promoting purported government-backed IRS relief. |
| 12/19/25 | 10:42 AM | 410-587-6735 | Prerecorded voicemail asserting unresolved tax liability and eligibility for IRS relief; press-to-connect prompt included. |
| 12/18/25 | 1:44 PM | 502-862-6303 | Prerecorded voicemail using identical tax-resolution script promoting IRS relief. |
| 12/17/25 | 11:42 AM | 502-862-2892 | Prerecorded voicemail repeating claims of unresolved tax issues and encouraging contact with a tax resolution officer. |
| 12/16/25 | 12:46 PM | 833-494-4575 | Prerecorded voicemail asserting unresolved tax matters and eligibility for IRS relief; callback number provided. |
| 12/15/25 | 12:41 PM | 857-407-2024 | Automated call regarding a tax matter; Plaintiff stated she was not interested and requested that the calls stop. |
| 12/10/25 | 1:18 PM | 708-760-5544 | Prerecorded voicemail from Vanessa Pierce claiming Plaintiff's file showed a balance due or missing returns and promoting IRS relief; press-to-connect prompt included. |
| 12/9/25 | 5:05 PM | 661-516-8446 | Prerecorded voicemail repeating the same tax-resolution script and relief claims. |
| 12/8/25 | 5:02 PM | 347-914-0977 | Prerecorded voicemail asserting unresolved tax items and eligibility for IRS relief; press-to-connect prompt included. |
| 12/8/25 | 3:24 PM | 844-772-1058 | Prerecorded voicemail stating Plaintiff's file was flagged after an IRS deadline and urging immediate contact with a resolution officer. |
| 12/8/25 | 2:19 PM | 412-662-6568 | Prerecorded voicemail from John referencing unfiled returns or back taxes and promoting IRS relief; press-to-connect and opt-out prompts included. |
| 12/5/25 | 4:10 PM | 903-710-1214 | Prerecorded voicemail claiming Plaintiff's file showed unresolved tax issues and promoting IRS fresh start relief. |
| 12/5/25 | 2:59 PM | 706-967-5149 | Prerecorded voicemail encouraging contact with a tax resolution officer regarding unresolved tax items. |

| Date | Time | Number | Notes |
|---|---|---|---|
| 12/4/25 | 12:00 PM | 920-995-1298 | Automated call stating Plaintiff's file was flagged due to past-due payments; Plaintiff requested that the calls stop. |
| 12/3/25 | 12:02 PM | 959-272-7366 | Automated call repeating claims of flagged tax issues; Plaintiff requested that the calls stop. |
| 12/2/25 | 11:04 AM | 878-230-9266 | Prerecorded voicemail asserting unresolved tax filings and promoting IRS relief; press-to-connect prompt included. |
| 12/2/25 | 10:55 AM | 833-455-4928 | Prerecorded voicemail from John repeating claims of unfiled returns and IRS relief eligibility. |
| 12/1/25 | 1:57 PM | 929-750-2102 | Automated call stating Plaintiff's file was flagged for past-due payments; Plaintiff requested that the calls stop. |
| 11/29/25 | 3:59 PM | 833-493-3979 | Automated call from tax review office; Plaintiff requested that the calls stop. |
| 11/29/25 | 12:56 PM | 631-818-3018 | Automated call asserting a flagged tax file; Plaintiff requested that the calls stop. |
| 11/28/25 | 4:03 PM | 502-879-6580 | Automated call from tax review office; Plaintiff requested that the calls stop. |
| 11/28/25 | 3:45 PM | 949-868-4048 | Live follow-up call from Marina Ohl referencing prior email; Plaintiff stated she was not interested and requested that the calls stop. |
| 11/28/25 | 2:48 PM | 346-841-1462 | Automated call from tax review office; Plaintiff requested that the calls stop. |
| 11/26/25 | 1:43 PM | 440-908-8942 | Initial prerecorded call from tax review unit; Plaintiff pressed a prompt to speak with a live agent to identify caller; follow-up email sent immediately by Better Tax Relief. |
| 11/25/25 | 10:44 AM | 559-607-1518 | Prerecorded call from tax review unit promoting tax resolution services. |
| 11/24/25 | 12:14 PM | 645-209-5775 | Prerecorded voicemail asserting unresolved tax matters and promoting IRS relief; callback number provided. |
| 11/22/25 | 11:51 AM | 929-749-2285 | Prerecorded voicemail repeating claims of a flagged tax file and IRS relief eligibility. |
| 11/21/25 | 10:12 AM | 855-762-1978 | Prerecorded voicemail asserting unresolved tax issues and encouraging immediate contact. |
| 11/20/25 | 10:03 AM | 877-646-2603 | Prerecorded voicemail promoting IRS fresh start relief and providing callback instructions. |
| 11/18/25 | 3:56 PM | 559-943-7903 | Prerecorded voicemail repeating the same tax-resolution script and relief claims. |
| 11/17/25 | 7:07 PM | 840-229-0892 | Automated call from John referencing unfiled returns or unresolved tax issues. |
| 11/13/25 | 12:17 PM | 844-772-2424 | Prerecorded voicemail stating Plaintiff's file showed unresolved tax issues and urging immediate response. |

| Date | Time | Number | Notes |
| --- | --- | --- | --- |
| 11/10/25 | 5:30 PM | 804-681-6594 | Prerecorded voicemail referencing IRS processing and potential penalties absent resolution. |
| 11/7/25 | 2:47 PM | 804-681-6485 | Prerecorded voicemail repeating claims of unresolved tax filings and promoting relief options. |
| 11/6/25 | 3:40 PM | 943-274-3768 | Automated call from John following up on Plaintiff's tax file. |
| 11/5/25 | 5:04 PM | 833-494-3985 | Prerecorded voicemail asserting unresolved tax issues and encouraging contact with a resolution officer. |
| 10/29/25 | 1:43 PM | 833-494-3575 | Prerecorded voicemail from Samantha promoting tax relief and urging immediate contact. |
| 10/9/25 | 6:44 PM | 252-677-0688 | Prerecorded voicemail from tax resolution department promoting relief options. |
| 10/1/25 | 12:10 PM | 831-232-1214 | Prerecorded voicemail from tax review unit. |
| 9/26/25 | 5:38 PM | 833-505-2178 | Prerecorded voicemail promoting tax relief and including a press-to-connect prompt. |
| 9/18/25 | 1:11 PM | 270-236-8309 | Prerecorded voicemail from Larry Frankel promoting tax mediation services and urging callback. |
| 9/15/25 | 10:20 AM | 857-577-0764 | Prerecorded voicemail promoting government-backed tax debt relief. |
| 9/6/25 | 4:40 PM | 551-815-6178 | Prerecorded voicemail promoting IRS fresh start relief. |
| 8/29/25 | 2:56 PM | 840-221-8811 | Prerecorded voicemail from tax resolution department promoting relief options. |
| 8/26/25 | 11:51 AM | 325-576-9115 | Prerecorded voicemail repeating claims of unresolved tax issues and relief eligibility. |
| 8/22/25 | 6:01 PM | 423-545-7590 | Prerecorded voicemail promoting tax resolution services and including an opt-out prompt. |
| 8/11/25 | 10:31 AM | 951-253-0045 | Automated call from tax review unit; Plaintiff requested that the calls stop. |
| 8/9/25 | 12:09 PM | 513-992-3580 | Prerecorded voicemail from Olivia urging immediate response regarding tax matters. |
| 8/4/25 | 10:53 AM | 866-526-4630 | Prerecorded voicemail from tax review unit. |
| 8/1/25 | 5:49 PM | 855-682-5926 | Automated call from tax review unit; Plaintiff requested that the calls stop. |

## National Do Not Call Registry - Your Registration Is Confirmed

**Verify@donotcall.gov** <Verify@donotcall.gov>
To: wilkersonmahdiabdul@gmail.com

Thu, Nov 27, 2025 at 2:32 PM

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 3068 on August 14, 2014. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit to register another number or file a complaint against someone violating the Registry.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

## Mozzarella Pie

## Fw: Better Tax Relief Program
## Nov 27, 2025 at 3:13:47 PM
## shaysherwood@icloud.com

----- Forwarded Message -----
**From:** Marina Ohl
<                              >
**To:**
"                              "
<                              >
**Sent:** Wednesday, November 26,
2025 at 04:10:00 PM EST
**Subject:** Better Tax Relief
Program

Hello Madam,

This email follows our call this morning about Fresh Starts Programs. You can find out more about us on our website: *www.bettertaxrelief.com*

Here is a list of programs for which you may be eligible, with a brief explanation that I have prepared:

Amended Returns
This is where we find errors on past returns which we can fix

through a refiling and getting you the most deductions possible

<u>Penalty Abatement</u>

This is where we address the penalties that you may have absorbed from failing to pay or file

<u>Currently Non-Collectable Status</u>

This is a hardship program where you will not have to make payments to the IRS

<u>Offer in Compromise</u>

This is where we make an offer to the IRS and settle your debt for a fraction of what you owe

## Partial Pay Installment Agreement Negotiations

This is where we negotiate a small payment over a specific period of time to only pay back a small portion of what you owe.

We have to go through a brief financial interview on the phone so that I can see how I can help you with your tax debt and present to you our process. Feel free to call me back to ask your questions, my number is on my electronic signature.

Have a nice day,
Kinds Regards,

--



**Settlement Officer**

(949) 868-4084    (866) 309-7718

mohl@bettertaxrelief.com

www.bettertaxrelief.com

2525 Main St Suite 550, Irvine, CA 92614



Business        UCC

*Results limited to the **500** closest matches.*

*Advanced Search*

*Use for **Publicly Traded Disclosure** Search.*

*__Refine search__ by specific entity type or grouping (e.g., Nonprofit Mutual Benefit Corporation or All Corporations), entity status, and/or Initial Filing Date range.*

*__Begins with__ filter for refined queries.*

*View __more than the 500 default__ results.*

**Request Certificate**

06/07/2022

Active

Good

Good

Good

Good

CALIFORNIA

Limited Liability Company - CA

2525 MAIN STREET 550 IRVINE, CA 92614

2525 MAIN STREET 550 IRVINE,CA92614

06/30/2026

*__Disclaimer:__ All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.*

*__Need help?__ For more information, select        on the menu, view the        or        . To contact the California Secretary of State's office, view the        .*

Individual NIMA ASADI, ESQ. 19200 VON KARMAN AVE STE 600 IRVINE, CA  92612

better tax relief

Advanced ∨

| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|
|  | 06/07/2022 | Active | Limited Liability Company - CA | CALIFORNIA | NIMA ASADI, ESQ. |